United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 31  2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

MITUL PATEL
Plaintiff,

v

Case Number: 1:19-CV-01409-MLB

VIMAL PATEL &
BAILEYS BP SHOPPES LLC
Defendant,

NOTICE OF SETTLEMENT

I Vimal Patel (Baileys BP Shoppes LLC) Defendant & Mitul Patel Plaintiff had settled this case back in May 2019 (05-15-2019) outside the court. The Plaintiff already notify his attorney to withdraw the case via email. We are not sure why his attorney wouldn't withdraw the case.

I Vimal Patel like to request Judge to dismiss the case with the proof of settlement documents. Or ask Mr Mitul Patel to appear at the court hearing. I feel like I'm being tourchered by his attorney for no valid reason. I am a small business person and I don't feel necessary to hire an attorney if there no needed. especially when I paid him more than what he claimed. I'm attaching the settlement document with this notice.

[signature]

Mitul Patel is a former employee of Bailey's BP which is a Georgia limited liability company known as Baileys BP Shoppes, LLC.

Mitul Patel has filed a lawsuit in The United States District Court for the Northern District of Georgia, Atlanta Division against Baileys BP Shoppes, LLC and Vimal Patel. The suit was filed on or about March 28th, 2019.

Mitul Patel desires to settle outside of court by speaking directly to Vimal Patel to work out any and all claims that he has against the business and Vimal Patel.

In exchange for the payment of __$5000.00__ from Baileys BP Shoppes, LLC to Mitul Patel the parties have agreed that Mitul Patel has agreed to release and forever discharge Baileys BP Shoppes, LLC, Vimal Patel, and any and all employees, or members of the LLC from all claims at law or at equity, known or unknown.

Mitul Patel has also agreed that in exchange for this payment he will instruct his attorney to dismiss the lawsuit which has been filed with prejudice and will forever refrain from filing any legal action or pursuing any legal claims whatsoever against the LLC or Vimal Patel in any legal venue of any sort as all claims of Mitul Patel have been resolved upon the receipt of payment.

Mitul Patel understands that an answer is due soon to the federal lawsuit that he had filed and he agrees to instruct his attorney to dismiss the suit with prejudice before the answer is due because this matter has been settled in its entirety amongst the parties.

Agreed to this __15th__ day of May, 2019.

_____
Mitul Patel

_____
Vimal Patel, Individually and also as Manager of
Baileys BP Shoppes, LLC

Sworn to and subscribed before me this

__15th__ day of __May, 2019__,

_Rosalinda Vincent_
Notary Public

My Commission Expires: __06/23/2019__

