# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-01409-MLB
## Patel v. Baileys BP Shoppes, LLC et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 06/28/2021.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 3:40 P.M.     COURT REPORTER: Lori Burgess
TIME IN COURT: 1:20                 DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:   Blaine Allen representing Baileys BP Shoppes, LLC
                      Roy Banerjee representing Baileys BP Shoppes, LLC
                      Roy Banerjee representing Vimal Patel
                      Zachary Panter representing Mitul Patel
                      Victor Roberts representing Mitul Patel

PROCEEDING CATEGORY:   Pretrial Conference;

MINUTE TEXT:   Pretrial conference held. Discussion had regarding the Court's trial practices and procedures. No later than 7/9/2021, the parties shall notify the Court of any changes they want to the background questions, qualifying questions, or summary of the case. The parties expect the trial to last no longer than 2.5 days. At the end of the first full day of trial, the Court will conduct the charge conference. The Court recessed until 3:30 p.m. to address the jury instructions. For the reasons stated in the record, the Court GRANTED Plaintiff's motion to exclude the administrative exemption. The parties shall refile their jury instructions using redline no later than 7/14/2021. The Court issued its rulings on the pending Motions in Limine (Dkts. 85; 87).

HEARING STATUS:   Hearing Concluded